UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARYL L. BERRY,

                Petitioner,

v.

STATE,

                Respondent.

Case No. C15-495 RSM

**ORDER OF DISMISSAL**

The Court, having reviewed Petitioner's 28 U.S.C. § 2254 habeas petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **Orders** as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner's 28 U.S.C. § 2254 habeas petition is **DISMISSED** without prejudice and Petitioner's application to proceed *in forma pauperis* is **DENIED**;

3. Petitioner is **DENIED** issuance of a certificate of appealability; and

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 24th day of April 2015.

                                                  */s/ Ricardo S. Martinez*
                                                  RICARDO S. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL- 1